**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**EDWARD S. KIEL**<br>UNITED STATES MAGISTRATE JUDGE | FRANK R. LAUTENBERG U.S. POST<br>OFFICE & COURTHOUSE BUILDING<br>2 FEDERAL SQUARE<br>NEWARK, NJ 07102<br>973-645-6121<br>ESK_Orders@njd.uscourts.gov |

**LETTER ORDER PURSUANT TO LOCAL CIVIL RULE 16.1**

    RE:   *Jeremy Medina v. Betmgm, LLC*
           Case No. 2:23–00146–JXN–ESK

Dear Counsel:

    A telephonic initial scheduling conference shall be held on **March 16, 2023 at 9:45 a.m.** The dial in number is 1-888-684-8852 and the access code is 310-0383#.

    Counsel are advised that the early disclosure requirements of Federal Rule of Civil Procedure (Rule) 26 will be enforced. Therefore, counsel shall exchange the following information prior to the initial scheduling conference:

- identities of individuals likely to have knowledge of discoverable facts;
- documents and things in the possession of counsel or the parties;
- identities of experts and their opinions;
- insurance agreements in force; and
- statement(s) of the basis for any damages claimed.

    At least **14 days** prior to the conference, counsel shall meet and confer pursuant to Rule 26(f). A [Joint Discovery Plan](#) shall be filed at least **three business days** prior to the conference.

    At the conference, the Court will address the scheduling of proposed motions. No motions are to be filed without leave of the Court, except for Rule 12 motions in lieu of an answer. The parties are, however, directed to the District Judge's individual preferences for the filing of pre-answer motions. If motions requiring prior leave have been filed, the movant shall advise the Court, in writing, regarding the nature of the motion and its present status.

At the conference, all parties not appearing *pro se* must be represented by counsel who shall have full authority to bind their clients in all pretrial matters. Counsel shall also be prepared to discuss the merits of the case and shall have settlement authority.  Clients or persons with authority over the case shall be available by telephone.   *See* L.Civ.R.16.1(a).

Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the conference and forward a copy of this order to that party.

Please advise the Court if this case has been settled or terminated.

**SO ORDERED** this   **5th** day of   **February, 2023**.

  */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**