UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREMY MEDINA, individually on behalf of himself and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BetMGM, LLC,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00146-EP-ESK |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiff Jeremy Medina, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant BetMGM, LLC, without prejudice.


Dated:  February 13, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*Vicki J. Maniatis*
　　　　　　　　　　　　　　　　　　　Vicki J. Maniatis
　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　Tel.:   (865) 412-2700
　　　　　　　　　　　　　　　　　　　vmaniatis@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2023, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.:   (865) 412-2700
vmaniatis@milberg.com