UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREMY MEDINA, individually on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BetMGM, LLC,<br><br>Defendant. | Case No. 2:23-cv-00146-JXN-CLW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jeremy Medina, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant BetMGM, LLC, without prejudice.

Dated: February 13, 2023

Respectfully submitted,

*Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.:  (865) 412-2700
vmaniatis@milberg.com

So ORDERED on 2/14/2023:

/s/ Julien Xavier Neals
JULIEN XAVIER NEALS
United States District Judge